Argued February 26, remanded for
reconsideration March 12, 1979

PAM'S CARPET SERVICE, INC., *Petitioner,*
*v.*
EMPLOYMENT DIVISION *Respondent.*
(No. 78-T-9, CA 11210)

591 P2d 427

Richard C. Hunt, Portland, argued the cause for petitioner. With him on the briefs were Richard F. Liebman, and Dezendorf, Spears, Lubersky & Campbell, Portland.

Al J. Laue, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Lee and Gillette, Judges.

PER CURIAM

**PER CURIAM**

It is clear that the reasoning of the referee's order in this case is based upon *Republic Dev. Co., Inc. v. Emp. Div.,* 32 Or App 263, 574 P2d 660 (1978). Subsequent to the entry of the referee's order the Supreme Court took *Republic* on review and, although affirming the result rejected our reasoning in that case. *Republic Dev. Co., Inc. v. Emp. Div.,* 284 Or 431, 587 P2d 466 (1978).

We therefore remand for reconsideration in light of the Supreme Court opinion.

Remanded.